DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

DONTAVIOUS EDWARD ANDREWS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0750
_____

January 2, 2026

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Blair Allen, Public Defender, and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.